IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
Plaintiff
vs
STALIN SEPULVEDA-MORALES
Defendant

CRIMINAL 13-0163CCC
CRIMINAL 12-0806CCC

## ORDER

Having considered the Report and Recommendation filed on March 31, 2013 (**docket entry 7**) on a Rule 11 proceeding of defendant Stalin Sepúlveda-Morales held before U.S. Magistrate Judge Marcos E. López on March 22, 2013, to which no objection has been filed, the same is APPROVED. Accordingly, the plea of guilty of defendant is accepted. The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since March 22, 2013. The **sentencing hearing is set for June 26, 2013 at 4:15 PM**.

SO ORDERED.

At San Juan, Puerto Rico, on April 30, 2013.

S/CARMEN CONSUELO CEREZO
United States District Judge